IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01711-BNB

THERESA M. GARCIA,

    Plaintiff,

v.

DENVER DEPUTY SHERIFF KESSLER,
DENVER DEPUTY SHERIFF CASADOS,
DENVER DEPUTY SHERIFF GONZALEZ,
JANE DOES I THROUGH X, and
JOHN DOES I THROUGH X,

    Defendants.

```
                    FILED
          UNITED STATES DISTRICT COURT
                DENVER, COLORADO

                 DEC 27 2010

             GREGORY C. LANGHAM
                              CLERK
```

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED December 27, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01711-BNB

Theresa M. Garcia
Prisoner No. 108035
La Vista Correctional Facility
1401 W. 17th Street Unit 3
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on December 27, 2010.

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk