IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01711-PAB-MEH

THERESA M. GARCIA,

      Plaintiff,

v.

DENVER DEPUTY SHERIFF KESSLER,
DENVER DEPUTY SHERIFF CASADOS,
DENVER DEPUTY SHERIFF GONZALEZ,
JANE DOES I THROUGH X, and
JOHN DOES I THROUGH X,

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 0 2011

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This matter comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915 and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is further

ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED January 7, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01711-PAB-MEH

Theresa M. Garcia
Prisoner No. 108035
La Vista Correctional Facility
PO Box 3
Pueblo, CO 81002

US Marshal Service
Service Clerk
Service forms for: Deputy Sheriff Kessler, Deputy Sheriff, Casados,
and Deputy Sheriff Gonzalez,

  I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Deputy Sheriff Kessler, Deputy Sheriff, Casados, and Deputy Sheriff Gonzalez: AMENDED COMPLAINT FILED 12/22/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on  1/10/11  .

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk