IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01711-PAB-MEH

THERESA M. GARCIA,

      Plaintiff,

v.

DENVER DEPUTY SHERIFF KESSLER,
DENVER DEPUTY SHERIFF CASADOS,
DENVER DEPUTY SHERIFF GONZALEZ,
JANE DOES I THROUGH X, and
JOHN DOES I THROUGH X,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 10, 2011.**

      Plaintiff's "Request Order on Motion for Status Conference Hearing" [filed March 8, 2011; docket #43] is **granted in part** and **denied in part** as follows.  The Clerk of Court is instructed to fax a copy of the minute order located at docket #31, as well as this minute order, to (719) 583-5510, Attn: Major Thompson and Mr. Schaffer.  This order requires that Plaintiff and her case manager, or a representative of the facility, shall contact the Court at (303) 844-4507 at 9:15 a.m. on March 14, 2011, for Plaintiff to participate in the Preliminary Scheduling/Status Conference.

      Plaintiff additionally requests the appointment of a named "Next Friend" on her behalf.  In federal court, "non-attorney *pro se* litigants cannot represent other *pro se* parties."  *Vibe Tech., LLC v. Suddath*, No. 06-cv-00812-LTB-MEH, 2006 WL 3404811, at *5 (D. Colo. Nov. 22, 2006) (citing 28 U.S.C. § 1654).  Accordingly, this request is denied.